TOWN OF OYSTER BAY, Respondent, *v.* EMIL J. STEHLI,
Appellant.

*Town of Oyster Bay* v. *Stehli*, 169 App. Div. 257, affirmed.
(Argued May 2, 1917; decided May 22, 1917.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
July 30, 1915, reversing a judgment in favor of defend-
ant entered upon a verdict directed by the court in an
action of ejectment to recover possession of certain prem-
ises in the town of Oyster Bay.   Plaintiff bases his title
upon the patent from Governor Andros, dated September
27, 1677.   The questions on appeal were: "1. Whether the
plaintiff sufficiently complied with the burden of proof on
it to show that the *locus in quo* did not fall within the
premises excepted in the patent to it from Governor
Andros, which is the basis of its claim of title to the lands
in question.   2. Whether the defendant has affirmatively
proved that the *locus in quo* was included within the
exception in this patent.   The defendant's contention in
this respect is based on the claim that the premises in
question were conveyed by a certain Indian deed prior to
the date of the patent to the town and that title thereto,
therefore, fell within the provision of the patent, except-
ing rights by patent or other lawful claim.   3. Whether
the town's title to the premises in question, if it derived
any under its patent, was divested by the so-called
"clean up" Indian deed and the town's resolution and
allotment.

*Lynn C. Norris* and *Edward M. Perry* for appellant.

*Henry A. Uterhart, John J. Graham* and *Alfred M. Schaffer* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.